WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ted Hallett, | CV-11-1659-PHX-JAT |
| Plaintiff, | |
| v. | **ORDER** |
| Quality Loan Service Corporation-AZ; Quality Loan Service Corporation; Citibank N.A.; EMC Mortgage; Bear Stearns Residential Mortgage, | |
| Defendants. | |

Pending before the Court is Plaintiff's Fourth Motion for Temporary Restraining Order (Doc. 75). The Motion repeats arguments that Plaintiff made in his previous Motion for Temporary Injunction. On March 21, 2012, the Court held an evidentiary hearing on Plaintiff's Motion for Temporary Injunction and, on March 22, 2012, the Court denied Plaintiff's Motion for Preliminary Injunction. (Doc. 74).

There is nothing in Plaintiff's Fourth Motion for Temporary Restraining Order (Doc. 75) that would change the findings of fact and conclusions of law that the Court made in its March 22, 2012 Order (Doc. 74).

Accordingly,

**IT IS ORDERED** that Plaintiff's Fourth Motion for Temporary Restraining Order (Doc. 75) is denied.

To the extent that Plaintiff is seeking reconsideration of the Court's March 22, 2012

1  Order (Doc. 74), such reconsideration is denied.

2  DATED this 26th day of March, 2012.

*James A. Teilborg*
United States District Judge