1    WO

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9    Ted Hallett,                          )    CV-11-1659-PHX-JAT
                                           )
10            Plaintiff,                    )
                                           )
11       v.                                )    **ORDER**
                                           )
12   Quality Loan Service Corporation-AZ;)
     Quality Loan Service Corporation;)
13   Citibank N.A.; EMC Mortgage; Bear )
     Stearns Residential Mortgage,         )
14                                         )
              Defendants.                   )
15                                         )
                                           )
16   _____ )

17           Pending before the Court is Plaintiff's Fourth Motion for Temporary Restraining

18   Order (Doc. 75).  The Motion repeats arguments that Plaintiff made in his previous Motion

     for Temporary Injunction.   On March 21, 2012, the Court held an evidentiary hearing on
19
     Plaintiff's Motion for Temporary Injunction and, on March 22, 2012, the Court denied
20
     Plaintiff's Motion for Preliminary Injunction.  (Doc. 74).
21
             There is nothing in Plaintiff's Fourth Motion for Temporary Restraining Order (Doc.
22
     75) that would change the findings of fact and conclusions of law that the Court made in its
23
     March 22, 2012 Order (Doc. 74).
24
             Accordingly,
25
             **IT IS ORDERED** that Plaintiff's Fourth Motion for Temporary Restraining Order
26
     (Doc. 75) is denied.
27
             To the extent that Plaintiff is seeking reconsideration of the Court's March 22, 2012
28

Order (Doc. 74), such reconsideration is denied.

DATED this 26th day of March, 2012.

_____
James A. Teilborg
United States District Judge